IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA,

vs.

DYREHLL LESHAUN DAVIS,

    Defendant.

CASE NO. 4:15-cr-19-CDL-MSH-1

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on July 12, 2021 is hereby approved, adopted, and made the Order of the Court, including the denial of a certificate of appealability.

The Court considered Defendant's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 12th day of October, 2021.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA